UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALBERT T. SAVAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:09-cv-00598-JAW |
| | ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) |
| | ) |
| Defendant. | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed February 9, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Docket # 18) be and hereby is GRANTED in the amount of Four Thousand Two Hundred Seventy Dollars and Seventy-Eight Cents ($4,270.78).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2011